

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KPO
F. #2023R0763

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 21, 2025

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sixto Sime, et al.,
               Criminal Docket No. 24-271 (NRM)

Dear Judge Morrison:

      The government writes regarding the Court's request for an update in advance of the April 25, 2025 status conference. As the Court is aware, the government and counsel for defendant Marbelly Leonardo are scheduling a change of plea hearing. The government and counsel for defendant Kenneth Aponte anticipate scheduling a change of plea. As an agreement has not been reached with defendant Sixto Sime to resolve the case short of trial, the government respectfully requests that the April 25, 2025 status conference proceed as scheduled.

                    Respectfully submitted,

                    JOHN J. DURHAM
                    United States Attorney

        By:    /s/ Katherine P. Onyshko
                    Katherine P. Onyshko
                    Assistant U.S. Attorney
                    (718) 254-6177

Cc:    Clerk of the Court (NRM) (via ECF)
        Defense Counsel (via ECF)